IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
RODNEY HONTZ,                        :
               Plaintiff,            :
          v.                         :     Civil Action No. 05-437J
ROBERT BALDISH, DARRIN REID, and:
DAVID J. GOOD, SUPERINTENDENT,       :
S.C.I. CRESSON,                      :
               Defendants            :
```

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge issued an order on July 5, 2006, docket no. 4, requiring plaintiff to pay the filing fee or submit a motion to proceed in forma pauperis. Plaintiff has failed to do so, or to contact the court for any other purpose.

After de novo review of the record of this matter, it is

ORDERED that the plaintiff's complaint is dismissed without prejudice, for failure to prosecute. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to:
          Rodney Hontz
          P.O. Box 1322
          Reading, PA 19603